

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

## REQUEST FOR A STATEMENT OF DISCIPLINE

**File this request form in miscellaneous case number 1:25-mc-0003**

**ATTORNEY INFORMATION:**

Full Name: James Guy Panero

Business Address: 3475 Piedmont Ave, Ste 560, Roswell, GA 30075

E-mail Address: jamesgpanero@gmail.com

Phone Number: 908-310-4034

SDNY Admission Date: 2/20/1990

SDNY Bar Number: JP1777

NYS Bar Number (if applicable): 2255362

SIGNATURE OF ATTORNEY: *[signature]*

Note: Please attach this PDF to your Statement of Discipline request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-1150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007